# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133235

MARY L. BARNES,
        Plaintiff-Appellant,

v

STATE OF MICHIGAN,
DEPARTMENT OF CORRECTIONS,
        Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133235
COA: 272450
WCAC: 05-000104

On order of the Court, the application for leave to appeal the January 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk